UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No.:  24-CR-368 (RC) |
| | : | |
| ALLIEU BADARA KAMARA, JR., | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT ALLIEU KAMARA'S RESPONSE TO THE PRETRIAL SERVICES AGENCY'S JULY 1, 2025 STATUS REPORT**

Defendant Allieu Kamara, through counsel, submits this response to the Pretrial Services Agency's July 1, 2025 status report.  Mr. Kamara agrees with the recommended modified conditions.


Date: July 2, 2025

Respectfully submitted,

*/s/ Lloyd Liu*
Lloyd Liu
DC Bar No. 1007075
lliu@bllfirm.com
(202) 860-6543
Hilary LoCicero
DC Bar No. 979511
BLL LLP
1730 Rhode Island Ave., NW
Suite 608
Washington, DC 20036

*Counsel for Defendant Allieu Kamara*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 2nd day of July 2025, I caused to be a copy of the foregoing via ECF to:

Rebecca G. Ross
Joshua Gold
Assistant United States Attorneys
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530

                                              */s/ Lloyd Liu*
                                              Lloyd Liu